## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ANDREW C. MEYER,

    Plaintiff,

v.                        Case No: 8:15-cv-2190-T-30EAJ

LIFE INSURANCE COMPANY OF
NORTH AMERICA and LOCKHEED
MARTIN CORP.,

    Defendants.

---

### ORDER OF DISMISSAL

Before the Court is the Notice of Settlement (Dkt. #16). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of January, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record